| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR S 07-370 GEB |
| v. | ) | |
| | ) | |
| HECTOR GONZALEZ-MEJIA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (**X**) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):     **SIERRA CONSERVATION CENTER JAMESTOWN**

Detainee is:     a.)     (**X**) charged in this district by:  (**X**) Indictment  ( ) Information  ( ) Complaint
                         charging detainee with: Being a Deported Alien Found in the United States
          or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)     ( ) return to the custody of detaining facility upon termination of proceedings
          or     b.)     (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:                          /s/ Kyle F. Reardon
Printed Name & Phone No:            KYLE F. REARDON/916-554-2782
Attorney of Record for:             United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/24/07

                                    /s/ Gregory G. Hollows

GONZALEZ-MEJIA.ord                  United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | aka Ruben Dario Vasquez | Male  X  Female ___ |
| Booking or CDC #: | F42844 | DOB: |
| Facility Address: | 5100 O'byrnes Ferry Road | Race: |
| | Jamestown, CA 93210 | FBI #: 825018PA8 |
| Facility Phone: | 209-984-5291 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on  _____     By: _____
                                         (Signature)