| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HECTOR GONZALEZ-MEJIA ) | CR S 07-370 GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:
Detained at (custodian):   **SIERRA CONSERVATION CENTER JAMESTOWN**

Detainee is:  a.) (X) charged in this district by: (X) Indictment () Information () Complaint
             charging detainee with: Being a Deported Alien Found in the United States
  or  b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
  or  b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
         is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Kyle F. Reardon
Printed Name & Phone No: KYLE F. REARDON/916-554-2782
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        () Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/14/07

                       Dale A. Drozd
                       United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | aka Ruben Dario Vasquez | Male  X   Female ___ |
| Booking or CDC #: | F42844 | DOB: |
| Facility Address: | 5100 O'byrnes Ferry Road | Race: |
| | Jamestown, CA 93210 | FBI #: 825018PA8 |
| Facility Phone: | 209-984-5291 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____     By: _____
                       (Signature)