```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HECTOR GONZALEZ-MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-07-370-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| HECTOR GONZALEZ-MEJIA, ) | |
| ) | Date: March 7, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 7, 2008 be vacated, and the matter be set for status conference on March 14, 2008 at 9:00 a.m.

    The reason for this continuance is the parties are awaiting the pre-plea report which defense will need to review with their client.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 14, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

1  upon continuity of counsel and defense preparation.

2  DATED: March 4, 2008.                    Respectfully submitted,

3                                           DANIEL J. BRODERICK
                                            Federal Public Defender
4

5
   DATED: March 4, 2008.                    /s/ Linda C. Harter
6                                           LINDA C. HARTER
                                            Chief Assistant Federal Defender
7                                           Attorney for Defendant

8                                           McGREGOR W. SCOTT
                                            United States Attorney
9

10
   DATED: March 4, 2008.                    /s/Kyle Reardon
11                                          KYLE REARDON
                                            Assistant U.S. Attorney
12                                          Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  _____

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 14, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 4, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```