```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-0370 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| HECTOR GONZALEZ-MEJIA, ) | |
|  aka Hector Mejia Gonzalez, ) | Time: 9:00 a.m. |
|  aka Octavio Cruz-Castellanos, ) | Court: Hon. Garland E. |
|  aka Hector Mejia, ) | Burrell, Jr. |
|  aka Ruben Dario Vasquez, ) | Date: Friday, March 14, 2008 |
|  aka Manuel Armenta, ) | |
|  aka Carlos Palafox, ) | |
|  aka Hector Gonzalez-Castellanos ) | |
|  aka Raul Barrow, ) | |
| ) | |
| Defendant. ) | |

   The parties request that the status conference currently set for Friday, March 14, 2008, at 9:00 a.m., be continued to Friday, April 4, 2008, at 9:00 a.m., and stipulate that the time beginning Friday, March 14, 2008, and extending through April 4, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

   On February 29, 2008, the parties received a Pre-plea Advisory Guideline Presentence Investigation Report (hereinafter

1

1 "pre-plea report"). Based on the information contained in that
2 pre-plea report, the government sent to defense counsel on March
3 4, 2008, a proposed plea agreement. Since receiving the pre-plea
4 report and plea agreement, defense counsel has not had sufficient
5 time to investigate this case or consult with his client about
6 the pre-plea report and plea offer.

7 Accordingly, the parties believe that the continuance should
8 be excluded from the calculation of time under the Speedy Trial
9 Act. The additional time is necessary to ensure effective
10 preparation, taking into account the exercise of due diligence.
11 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of
12 justice served by granting this continuance outweigh the best
13 interests of the public and the defendant in a speedy trial. 18
14 U.S.C. § 3161(h)(8)(A).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: March 13, 2008        By:  */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney

DATED: March 13, 2008        By:  */s/ Kyle Reardon* for
                                    Jeff Staniels
                                    Attorney for the Defendant

**ORDER**

The status conference in case number S-07-0370 GEB, currently set for Friday, March 14, 2008, at 9:00 a.m., is continued to Friday, April 4, 2008, at 9:00 a.m., and the time beginning March 14, 2008, and extending through April 4, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. IT IS SO ORDERED.

Dated:  March 14, 2008

GARLAND E. BURRELL, JR.
United States District Judge